UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No:** 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.
_____/

**WAIVER OF SPEEDY TRIAL**

    JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from November 18, 2024, through and including the next scheduled trial date on January 27, 2025.

    Respectfully submitted,

    ROGER CABRERA, P.A.
    Wells Fargo Center
    333 SE 2nd Avenue, Suite 2000
    Miami, Florida 33131
    Telephone:   (305) 823-8383
    Facsimile:    (305) 675-7970
    Email:        roger@cabrera.legal

    By:    */s/ Roger Cabrera*
           ROGER CABRERA, ESQ.
           Florida Bar No. 0148740

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 27th day of November 2024, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

    */s/ Roger Cabrera*
    ROGER CABRERA, ESQ.