UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No:** 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.

_____/

### WAIVER OF SPEEDY TRIAL

    JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from January 14, 2025, through and including the next scheduled trial date on March 10, 2025.

                                        Respectfully submitted,

                                        ROGER CABRERA, P.A.
                                        Wells Fargo Center
                                        333 SE 2nd Avenue, Suite 2000
                                        Miami, Florida 33131
                                        Telephone:   (305) 823-8383
                                        Facsimile:    (305) 675-7970
                                        Email:          roger@cabrera.legal

                                        By:    */s/ Roger Cabrera*
                                                  ROGER CABRERA, ESQ.
                                                  Florida Bar No. 0148740

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 16th day of January 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

                                                        */s/ Roger Cabrera*
                                                      ROGER CABRERA, ESQ.