**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No:** 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

      Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from February 21, 2025, through and including the next scheduled trial date on May 5, 2025.

                    Respectfully submitted,

                    ROGER CABRERA, P.A.
                    Wells Fargo Center
                    333 SE 2nd Avenue, Suite 2000
                    Miami, Florida 33131
                    Telephone:    (305) 823-8383
                    Facsimile:    (305) 675-7970
                    Email:         roger@cabrera.legal

                    By:      ***/s/ Roger Cabrera***
                            ROGER CABRERA, ESQ.
                            Florida Bar No. 0148740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of February 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

                    ***/s/ Roger Cabrera***
                    ROGER CABRERA, ESQ.