UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No:** 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.
_____/

**WAIVER OF SPEEDY TRIAL**

    JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from April 21, 2025, through and including the next scheduled trial date on June 2, 2025.

                                          Respectfully submitted,

                                          ROGER CABRERA, P.A.
                                          Wells Fargo Center
                                          333 SE 2nd Avenue, Suite 2000
                                          Miami, Florida 33131
                                          Telephone:   (305) 823-8383
                                          Facsimile:    (305) 675-7970
                                          Email:         roger@cabrera.legal

                                          By:    */s/ Roger Cabrera*
                                                    ROGER CABRERA, ESQ.
                                                    Florida Bar No. 0148740

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 28th day of April 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

                                                */s/ Roger Cabrera*
                                                ROGER CABRERA, ESQ.