UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.
_____/

**WAIVER OF SPEEDY TRIAL**

JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from May 28, 2025, through and including the next scheduled trial date on July 28, 2025.

                            Respectfully submitted,

                            ROGER CABRERA, P.A.
                            Wells Fargo Center
                            333 SE 2nd Avenue, Suite 2000
                            Miami, Florida 33131
                            Telephone:   (305) 823-8383
                            Facsimile:    (305) 675-7970
                            Email:         roger@cabrera.legal

                            By:    */s/ Roger Cabrera*
                                   ROGER CABRERA, ESQ.
                                   Florida Bar No. 0148740

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 6th day of June 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

                                   */s/ Roger Cabrera*
                                  ROGER CABRERA, ESQ.