UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No:** 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.

_____/

**WAIVER OF SPEEDY TRIAL**

    JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from July 16, 2025, through and including the next scheduled trial date on August 11, 2025.

                                         Respectfully submitted,

                                         ROGER CABRERA, P.A.
                                         Wells Fargo Center
                                         333 SE 2nd Avenue, Suite 2000
                                         Miami, Florida 33131
                                         Telephone:   (305) 823-8383
                                         Facsimile:    (305) 675-7970
                                         Email:         roger@cabrera.legal

                                         By:     */s/ Roger Cabrera*
                                                   ROGER CABRERA, ESQ.
                                                   Florida Bar No. 0148740

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 21st day of July 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

                                                   */s/ Roger Cabrera*
                                                   ROGER CABRERA, ESQ.