UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:24-cr-20295-JB

UNITED STATES OF AMERICA

v.

JESUS RODRIGUEZ, et al.,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

JESUS RODRIGEZ, by and through undersigned counsel, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 USC §§ 3161, from August 1, 2025, through and including the next scheduled trial date on September 22, 2025.

Respectfully submitted,

ROGER CABRERA, P.A.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone:   (305) 823-8383
Facsimile:    (305) 675-7970
Email:        roger@cabrera.legal

By:   */s/ Roger Cabrera*
      ROGER CABRERA, ESQ.
      Florida Bar No. 0148740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of August 2025, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

   */s/ Roger Cabrera*
ROGER CABRERA, ESQ.